**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DR. HELEEN MEES,

                                        Applicant,                        14-MC-00056 (LAP)(SN)

            -against-                                                    **ORDER**

CITIGROUP INC.,

                                        Respondent,

WILLEM H. BUITER,

                                        Intervenor.
-------------------------------------------------------------X
-------------------------------------------------------------X

DR. HELEEN MEES,

                                        Applicant,                        14-MC-00088 (LAP)(SN)

            -against-

WILLEM H. BUITER,

                                        Respondent.
-------------------------------------------------------------X
-------------------------------------------------------------X

DR. HELEEN MEES,

                                        Plaintiff,                        15-MC-00262 (LAP)(SN)

            -against-

CITIGROUP INC.,

                                        Defendant,

WILLEM H. BUITER,

                                        Intervenor.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/22/2020 __

-------------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                                    Plaintiff,                              16-MC-00209 (LAP)(SN)

            -against-

ELIZABETH LORCA BUITER,

                                    Defendant,

-------------------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge:

On October 22, 2020, the Court held a telephonic conference to discuss the outstanding issues in these cases and determine the appropriate action. Upon consideration of the parties' arguments, these actions REMAIN STAYED.

The parties are directed to file a status letter within 14 days of a final decision from the New York courts pertaining to the matters at issue in these cases.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        October 22, 2020
              New York, New York