UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re Application of Dr. HELEEN MEES | 14-MC-00056 (LAP)(SN) |
| --- | --- |
| | 14-MC-00088 (LAP)(SN) |
| | 15-MC-00262 (LAP)(SN) |
| | 16-MC-00209 (LAP)(SN) |

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has reviewed the letter submissions from Dr. Mees and Mr. Buiter regarding Magistrate Judge Netburn's October 22, 2020 Order. Dr. Mees shall file any reply in further support of her letter submission no later than October 30, 2020.

**SO ORDERED.**

Dated:   New York, New York
         October 28, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge