UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DR. HELEEN MEES,

                              **Applicant,**        14-MC-00056 (LAP)(SN)

        -against-                                      **ORDER**

**CITIGROUP INC.,**

                              **Respondent,**

**WILLEM H. BUITER,**

                              **Intervenor.**
------------------------------------------------------------X
------------------------------------------------------------X

DR. HELEEN MEES,

                              **Applicant,**        14-MC-00088 (LAP)(SN)

        -against-

**WILLEM H. BUITER,**

                              **Respondent.**
------------------------------------------------------------X
------------------------------------------------------------X

DR. HELEEN MEES,

                              **Plaintiff,**        15-MC-00262 (LAP)(SN)

        -against-

**CITIGROUP INC.,**

                              **Defendant,**

**WILLEM H. BUITER,**

                              **Intervenor.**
------------------------------------------------------------X

---------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                      Plaintiff,                                  16-MC-00209 (LAP)(SN)

       -against-

ELIZABETH LORCA BUITER,

                      Defendant,

---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On September 28, 2021, the parties submitted a status letter pursuant to the Court's October 22, 2020 Order. Upon consideration of the parties' letter, these actions REMAIN STAYED.

      The parties are directed to file a status letter within 30 days of a final decision on the motion to renew and/or vacate the Kings County Judgment. The parties are also directed to meet and confer as to whether Mees v. Citigroup, Inc., 15-mc-00262, can be closed on consent of the parties, and to file a letter on the public docket advising the Court of their positions on this issue no later than October 13, 2021.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      September 29, 2021
                   New York, New York