UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DR. HELEEN MEES,

                              Applicant,           14-MC-00056 (LAP)(SN)

      -against-                                    **ORDER**

CITIGROUP INC.,

                              Respondent,

WILLEM H. BUITER,

                              Intervenor.
------------------------------------------------------------X
------------------------------------------------------------X

DR. HELEEN MEES,

                              Applicant,           14-MC-00088 (LAP)(SN)

      -against-

WILLEM H. BUITER,

                              Respondent.
------------------------------------------------------------X
------------------------------------------------------------X

DR. HELEEN MEES,

                              Plaintiff,           15-MC-00262 (LAP)(SN)

      -against-

CITIGROUP INC.,

                              Defendant,

WILLEM H. BUITER,

                              Intervenor.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2023

1

------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                        **Plaintiff,**                    16-MC-00209 (LAP)(SN)

   -against-

ELIZABETH LORCA BUITER,

                        **Defendant,**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     The Court's October 29, 2021 Order directed the parties to submit a joint status letter within 30 days of a final decision on the motion to renew and/or vacate the Kings County Judgment. ECF No. 33. The Order also directed the parties to file a joint status letter no later than October 13, 2021, advising the Court whether <u>Mees v. Citigroup, Inc.</u>, 15-mc-00262 can be closed on consent of the parties. After over two years, the Court has not received any filings.

     The parties are directed to file a joint status letter by December 5, 2023. Should the parties fail to comply with this Order, the Court will close these matters pursuant to Rule 41(b).

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     November 3, 2023
                  New York, New York