USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**DR. HELEEN MEES,**

**Applicant,**

**-against-**

**WILLEM H. BUITER,**

**Respondent.**

---------------------------------------------------------------X

**14-MC-00088 (LAP)(SN)**

**<u>ORDER</u>**

---------------------------------------------------------------X

**IN RE: APPLICATION OF DR. HELEEN MEES,**

**DR. HELEEN MEES,**

**Plaintiff,**

**-against-**

**ELIZABETH LORCA BUITER,**

**Defendant,**

---------------------------------------------------------------X

**16-MC-00209 (LAP)(SN)**

---------------------------------------------------------------X

**DR. HELEEN MEES,**

**Applicant,**

**-against-**

**CITIGROUP INC.,**

**Respondent,**

**WILLEM H. BUITER,**

**Intervenor.**

---------------------------------------------------------------X

**14-MC-00056 (LAP)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff Heleen Mees's related claims against Defendants Willem H. Buiter ("Willem Buiter"), Elizabeth Lorca Buiter, and Citigroup Inc. (collectively, "Defendants") have been stayed pending resolution of Plaintiff's appeal to the Appellate Division, Second Department of the New York Supreme Court. ECF No. 82.[1] On September 16, 2026, on appeal from the dismissal of Plaintiff's complaint, the Appellate Division issued a decision denying Plaintiff's motions for leave to renew or, in the alternative, vacate the lower court's order. ECF No. 97-1. In the parties' joint status letter, Counsel stated that the Appellate Division's decision "resolves [Plaintiff's] Appeal in its entirety." ECF No. 97.

Accordingly, EACH PARTY is directed to submit a proposal to the Court specifying what is outstanding in each of the above-captioned matters and what action is required to complete it. These proposals shall be submitted no later than October 30, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 30, 2026
New York, New York

[1] Citations refer to docket entries in Case No. 14-mc-00088.